Joshua STEPHENSON, Defendant–Below, Appellant,

v.

STATE of Delaware, Plaintiff–Below, Appellee.

No. 338, 2015

Supreme Court of Delaware.

Submitted: June 15, 2016
Decided: June 22, 2016

AFFIRMED.